Ward *v.* The State.

BIDDLE, J.—These cases are, in all respects, the same as that of *Ward* v. *The State, ante,* p. 289.

The judgment in each case is affirmed.

———————

WARD *v.* THE STATE. (Two Cases.)

From the Porter Circuit Court.

*T. J. Merrifield, W. Johnston,* and *H. Binnaman,* for appellant.

*J. C. Denny,* Attorney General, for the State.

BIDDLE, J.—Each of the above cases is the same as that of *Ward* v. *The State, ante,* p. 289, except that the charges in these cases are for selling intoxicating liquor to be drunk on the premises.

Judgment affirmed.

———————

WARD *v.* THE STATE.

From the Porter Circuit Court.

*T. J. Merrifield, W. Johnston,* and *H. Binnaman,* for appellant.

*J. C. Denny,* Attorney General, for the State.

BIDDLE, J.—This case is the same as that of *Ward* v. *The State, ante,* p. 289, except that the charge is for selling intoxicating liquor to a person in the habit of getting intoxicated.

Judgment affirmed.